### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| GARY PAUL WELLNER | ) | Case No.    23-41334-BTF |
| | ) | |
| Debtor(s). | ) | |

### MOTION TO EXTEND DATE TO FILE A COMPLAINT OBJECTING TO DISCHARGE

**COMES NOW**, Victor F. Weber, Trustee and for his Motion to Extend the Date to File a Complaint Objecting to Discharge respectfully states as follows:

1.     That the Debtor herein filed for relief under Chapter 7 of the United States Bankruptcy Code on September 27, 2023.

2.     That the deadline to object to discharge is set for January 2, 2024.

3.     That the debtor has not provided all of the information necessary for the trustee to complete his investigation into potential assets of the estate and additional time is needed to obtain the documents and for the Trustee to complete his investigation and review of the case.

**WHEREFORE**, Victor F. Weber, Trustee, prays for an order of this court extending the date to file a complaint objecting to discharge for an additional 60 days to March 2, 2024 and for such further relief as the court deems just.

MERRICK, BAKER & STRAUSS, P.C.

By:   /s/ Victor F. Weber
VICTOR F. WEBER MO#57361
1044 Main Street, Suite 500
Kansas City, MO 64105
Telephone:    (816) 221-8855
Facsimile:    (816) 221-7886
vfw-trustee@merrickbakerstrauss.com

**PLEASE TAKE NOTICE THAT:** Any response to this motion must be filed within TWENTY-ONE (21) days of the date of this notice with the Clerk of the United States Bankruptcy Court. A copy of such response shall be served electronically by the Court on the trustee and all parties to the case who have registered for electronic filing. Pro se parties shall mail filings to: United States Bankruptcy Court, Western District of Missouri, 400 East 9th Street, Room 1510, Kansas City, MO 64106. If a response is timely filed, a hearing will be held on a date and time determined by the Court. Notice of such hearing will be

provided to all parties in interest. If no response is filed within 21 days, the Court will enter an order.

## <u>CERTIFICATE OF SERVICE</u>

I, Victor F. Weber, hereby certify that the above and foregoing MOTION was filed electronically with the Clerk of the United States Bankruptcy Court for the Western District of Missouri and notice of this filing was served electronically by the Clerk of the Bankruptcy Court to parties of interest registered on the ECF system in this case and a duplicate copy was deposited in the United States mail, via first-class postage prepaid this January 2, 2024 upon:

Gary Paul Wellner
1714 Remingon St.
Pleasant Hill, MO 64080

/s/ Victor F. Weber
VICTOR F. WEBER